JAMES E. EGGLESTON, Respondent, *v.* EDWARD J. WOOLSEY, Appellant.

(Submitted June 6, 1890; decided June 24, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 24, 1888, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Ewing & Southard, Willard P. Shaw* and *C. F. Goddard* for appellant.

*Henry S. Bennett* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed. _____